UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS ETHERTON and
CHAD FULLER,

                Plaintiffs,

v.

SERVICE FIRST LOGISTICS, INC.,
ROYCE NEUBAUER, and
JULIE JONES

                Defendants.
_____/

Case No. 17-cv-10341

Paul D. Borman
United States District Judge

## **JUDGMENT**

For the reasons stated in an Opinion and Order entered this same day, it is ORDERED AND ADJUDGED that Defendants' Motion for Summary Judgment is GRANTED, Plaintiffs' Motion for Partial Summary Judgment is DENIED, and Plaintiffs' Complaint is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: March 7, 2019                        s/Paul D. Borman
                                                      Paul D. Borman
                                                      United States District Judge