UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF MICHIGAN
File Number 17-CV-10341

| | |
|---|---|
| **CURTIS ETHERTON** and **CHAD FULLER**,<br><br>      *Plaintiffs*,<br><br>v.<br><br>**SERVICE FIRST LOGISTICS, INC.**, a michigan corporation, **ROYCE NEUBAUER**, an individual and **JULIE JONES**, an individual, jointly and severally,<br><br>      *Defendants*. | NOTICE OF APPEAL |

      Notice is hereby given that Curtis Etherton and Chad Fuller, Plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Sixth Circuit from the District Court's Opinion and Order (1) Granting Defendants' Motion for Summary Judgment and (2) Denying Plaintiffs' Motion for Partial Summary Judgment [ECF #83] and Judgment [ECF #84] entered in this action on the 7th day of March, 2019.

      Respectfully submitted,

      **VAN SUILICHEM & ASSOCIATES, P.C.**

      By: /s/Donald A. Van Suilichem
      **Donald A. Van Suilichem (P25632)**
      Attorneys for Plaintiffs
      40900 Woodward Avenue, Suite 111
      Bloomfield Hills, MI  48304
      Telephone: (248) 644-2419

Dated: April 3, 2019      dvslawyer@dvsemploymentlaw.com

651.001:DVS:PLS:42073-Notice of Intent to Appeal (4-2-19)

## CERTIFICATE OF SERVICE

      On April 3, 2019, I electronically filed Plaintiffs' Notice of Intent to Appeal with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

      s/Kelly A. Van Suilichem
**Kelly A. Van Suilichem**
40900 Woodward Avenue, Suite 111
Bloomfield Hills, MI  48304